CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Christine Costello, et al        :

                                 :        Civ. 02-1022 (DRD)

          v.                     :

                                 :              O R D E R

Stonehill Management Company,    :
et al

    It appearing that plaintiff recently having had surgery and is still being treated;

    It is on this 3rd day of June 2004,

    O R D E R E D  that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.


                                   DICKINSON R. DEBEVOISE
                                   United States District Judge