2281 South Avenue
P.O. Box 99
Westfield, New Jersey 07091-0099
(908) 233-5800
Attorneys for Plaintiff, CHRISTINE COSTELLO

| | |
|---|---|
| CHRISTINE COSTELLO ) | UNITED STATES DISTRICT COURT |
| ) | DISTRICT OF NEW JERSEY |
| ) | Civil Action No. 02-1022 (DRD) |
| Plaintiffs, ) | |
| vs. ) | Civil Action |
| ) | |
| STONEHILL MANAGEMENT ) | |
| COMPANY; STONEHILL PROPERTY ) | **STIPULATION OF DISMISSAL** |
| OWNERS ASSOCIATION; ALL ) | **WITH PREJUDICE** |
| AMERICAN LANDSCAPING & ) | |
| MAINTENANCE CO., LLC; COMET ) | |
| MANAGEMENT, INC., HOTEL ) | |
| CONDOMINIUM COUNCIL OF ) | |
| STONEHILL, INC.,  ABC ) | |
| Corporation I-X and John Doe I-X, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party.

Dated:

FRANCIS M. SMITH, ESQ., P.C.                    MELLI, GUERIN & MELLI

By_____                         By_____
FRANCIS M. SMITH, ESQ.                              Michelle Wall, Esq.
Attorney for Plaintiff, Christine Costello            Attorneys for Defendants,
                                                                      Stonehill  Management  and
                                                                      Stonehill  Property  Owners
                                                                      Assoc.

MALOOF, LEBOWITZ, CONNAHAN & OELSKE

By _____

Rocco T. Casale, Esq.
Attorneys for Defendant,
All American Landscaping & Maintenance